## HADLEY *v.* MASSACHUSETTS.

No. 1179, Misc.   Decided June 12, 1967.

*Louis M. Nordlinger* for appellant.

*Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.   The judgment is vacated and the case is remanded to the Supreme Judicial Court of Massachusetts for further consideration in light of *Camara* v. *Municipal Court of the City and County of San Francisco,* 387 U. S. 523.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART dissent and would affirm the judgment for the reasons stated in MR. JUSTICE CLARK's dissenting opinion in *Camara* v. *Municipal Court of the City and County of San Francisco,* 387 U. S., at 546.